IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **WILLIAM T. MOERSEN** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 5:21-cv-00015 |
| v. ) | |
| ) | |
| **WAQAS ILYAS, M.D.** ) | |
| ) | |
| **and** ) | |
| ) | |
| **RETINA & VITREOUS CONSULTANTS** ) | |
| **OF VIRGINIA, P.C.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF REMOVAL

Defendants Waqas Ilyas, M.D. ("Dr. Ilyas") and Retina & Vitreous Consultants of Virginia, P.C. (collectively referred to as "Defendants"), by and through undersigned counsel, hereby provide notice pursuant to 28 U.S.C. §§ 1332, 1441(a), 1446 of the removal of the above-captioned case from the Circuit Court for the City of Winchester, Virginia to the United States District Court for the Western District of Virginia. The grounds for removal are as follows:

1. Plaintiff commenced this action by filing a complaint (the "Complaint") on or about January 28, 2021, in the Circuit Court for the City of Winchester, Virginia, and this case was docketed as CL21-59. Defendants were served with copies of the Complaint and Summons on January 29, 2021.

2. As required by 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings served upon Defendants are attached hereto and incorporated herein by reference as **Exhibit A**. Exhibit A includes the Summons, Complaint, Notice to Take Video Deposition,

Plaintiff's First Request for Production of Documents and Electronically Stored Information to Defendants Waqas Ilyas, M.D. and Retina & Vitreous Consultants of Virginia, P.C., Plaintiff's First Set of Interrogatories to Defendant Retina & Vitreous Consultants of Virginia, P.C., and Plaintiff's First Set of Interrogatories to Defendant Waqas Ilyas, M.D. No other pleadings or papers have been filed in this litigation.

3. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed within thirty (30) days after the Defendants were served with the Summons and Complaint.

4. Concurrent with the filing of this Notice, Defendants are serving this Notice on Plaintiff's counsel and filing a copy of the Notice with the Clerk of the Court for the Circuit Court for the City of Winchester, Virginia. Venue is proper in this Court pursuant to 28 U.S.C. § 127(b) and 1441(a), because the United States District Court for the Western District of Virginia Harrisonburg Division is the federal judicial district embracing the Circuit Court for the City of Winchester, Virginia, where this action was originally filed.

5. This is a civil action over which this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship between the removing Defendants and the Plaintiff, and the amount in controversy is in excess of the jurisdictional threshold of seventy-five thousand dollars ($75,000), exclusive of interest and costs.

6. As alleged in the Complaint, Plaintiff is a resident of Martinsburg, West Virginia. (Compl. ¶ 1.) On information and belief, Plaintiff is a citizen of West Virginia and was a resident of West Virginia at the time the Complaint was filed.

7. Defendant, Waqas Ilyas, M.D. is a resident of the Commonwealth of Virginia and was a resident of the Commonwealth of Virginia at the time the Complaint was filed.

8. Defendant, Retina & Vitreous Consultants of Virginia, P.C. is a corporation

organized and existing under the laws of the Commonwealth of Virginia and was at the time the Complaint was filed. It has its principal place of business in the Commonwealth of Virginia, with a principal address of 347 Westside Station Drive, Suite 203, Winchester, Virginia 22601.

9. The amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

10. A fair reading of the Complaint demonstrates that the amount in controversy exceeds the jurisdictional minimum. Plaintiff expressly seeks compensatory damages in the amount of three million dollars ($3,000,000) against Defendants. (Compl.) *See* 28 U.S.C. § 1446(c)(2) ("if removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy").

11. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved by the Defendants.

**WHEREFORE**, pursuant to 28 U.S.C. §§ 1332, 1441(a), 1446, removal of the above-styled state action to this Court is proper and Notice is given that this action is removed from the Circuit Court for the City of Winchester, Virginia to the United States District Court for the Western District of Virginia.

**WAQAS ILYAS, M.D. and RETINA & VITREOUS CONSULTANTS OF VIRGINIA, P.C.**
**By Counsel**

/s/ Karen McElhinny
Karen T. McElhinny, Esq. (Va. Bar No. 95280)
Michael D. Dunham, Esq. (Va. Bar No. 90686)
Kathryn V. McCann Slaughter, Esq. (Va. Bar No. 94996)

Shuman McCuskey Slicer PLLC
116 South Stewart Street, First Floor
Winchester, Virginia 22601
(540) 486-4195
*Counsel for Defendants, Waqas Ilyas, M.D. and*
*Retina & Vitreous Consultants of Virginia, P.C.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| WILLIAM T. MOERSEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. _____ |
| v. ) | |
| ) | |
| WAQAS ILYAS, M.D. ) | |
| ) | |
| and ) | |
| ) | |
| RETINA & VITREOUS CONSULTANTS ) | |
| OF VIRGINIA, P.C. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendants hereby certifies that on this 17th day of February 2021, a copy of the foregoing *Notice of Removal* was served via first-class mail, postage prepaid and filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

        Richard L. Nagle, Esq.
        Travis W. Markley, Esq.
        James N. Knaack, Esq.
        Benjamin M. Wengerd, Esq.
        TrialHawk Litigation Group, LLC
        11710 Plaza America Drive, Suite 2000
        Reston, Virginia 20190
        rnagle@trialhawk.com
        tmarkely@trialhawk.com
        jknaack@trialhawk.com
        bwengerd@trialhawk.com

        /s/Karen McElhinny
        Karen T. McElhinny (Va. Bar No. 95280)